No. 203. MANUFACTURERS' FINANCE CO. *v.* MARKS, TRUSTEE IN BANKRUPTCY. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward Rothbart* for petitioner. *Mr. Roane Waring* for respondent. ▮

No. 206. ROGERS *v.* RAFFE, TRUSTEE IN BANKRUPTCY. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel M. Chapin* for petitioner. *Mr. Hilbert I. Trachman* for respondent. ▮

No. 208. BELKNAP *v.* McANDREWS ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ernest Woodward* for petitioner. ▮

No. 209. MAGNOLIA PETROLEUM CO. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Raymond M. Myers* and *Homer R. Hendricks* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson, Robert L. Stern,* and *Mrs. Elizabeth B. Davis* for the United States. ▮

No. 210. KOHN *v.* NEW YORK. October 9, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Sydney J. Schwartz* for petitioner.

722

*Messrs. Frank S. Hogan* and *Bernard L. Alderman* for respondent.

No. 215. LEAKE *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Fyke Farmer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson,* and *Miss Helen Goodner* for respondent.

No. 216. WALTERS *v.* WILSON. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel P. Block* for petitioner. *Mr. Charles E. Beardsley* for respondent.

No. 217. KOPELOVE ET AL. *v.* SHERMAN ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Wilbur W. Piper* for petitioners. *Mr. John Jennings, Jr.* for respondents.

No. 224. ELASTIC STOP NUT CORP. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry N. Ess* and *Paul V. Barnett* for petitioner. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, David Findling,* and *Miss Ruth Weyand* for respondent.